COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN RE | § | No. 08-15-00345-CV |
| | § | ORIGINAL PROCEEDING |
| ALFREDO FLORES, | | |
| | § | ON PETITION FOR |
| RELATOR. | | |
| | § | WRIT OF MANDAMUS |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Eduardo Gamboa, Judge Presiding of the Probate Court No. 1 of El Paso County, Texas, and concludes Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 9TH DAY OF DECEMBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.